[No. 45721-7-I.   Division One.   January 16, 2001.]

CHERYL PARROTT, *as Guardian, Appellant,* v. PINNACLE REALTY MANAGEMENT COMPANY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-04932-2, Glenna Hall, J., entered November 15, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Ellington, JJ.

[No. 44042-0-I.   Division One.   January 16, 2001.]

RICHARD GAY, *Respondent,* v. SNOHOMISH COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-22169-6, William L. Downing, J., entered November 25, 1998. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Baker, J., concurred in by Kennedy, J.; Becker, A.C.J., dissenting.

[No. 42646-0-I.   Division One.   January 16, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID R. LUJANO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-05374-5, Bobbe J. Bridge, J., entered April 15, 1998. *Remanded* by unpublished opinion per Webster, J., concurred in by Baker and Kennedy, JJ.

[No. 45528-1-I.   Division One.   January 16, 2001.]

*In the Matter of the Marriage of* EVA DAVIS HOLMAN, *Appellant,* and JONATHAN HARRIS HOLMAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-3-02686-7, Glenna Hall, J., entered August 23, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Kennedy, J.